331-15  332-15  333-15  334-15  335-15
336-15  337-15  ELECTRONIC RECORD  338-15  339-15
340-15

| | |
|---|---|
| | Miscellaneous/Other Criminal including Misdemeanor or |
| COA #  10-15-00055-CR | OFFENSE:  Felony |

STYLE:  William Arthur McIntosh v. The State of Texas          COUNTY:  Ellis

TRIAL COURT:          40th District Court                                    MOTION
TRIAL COURT #:        20084CR                         FOR REHEARING IS:
TRIAL COURT JUDGE:   Hon. Bob Carroll                 DATE:
DISPOSITION:          DISMISSED                        JUDGE:

DATE:      March 5, 2015

JUSTICE:   Scoggins              PC        S   YES
PUBLISH:                         DNP:   YES

CLK RECORD:                               SUPP CLK RECORD:
RPT RECORD:                               SUPP RPT RECORD:
STATE BR:                                 SUPP BR:
APP BR:                                   PRO SE BR:

# IN THE COURT OF CRIMINAL APPEALS

ELECTRONIC RECORD                     CCA #  331-15 THRU 340-15

--------------------

_____PRO SE_____ Petition                Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:        DATE: _____
refused                                    JUDGE: _____
DATE: July 29, 2015                        SIGNED: _____   PC: _____
JUDGE: PC                                  PUBLISH: _____   DNP: _____

--------------------

_____ MOTION FOR REHEARING IN       MOTION FOR STAY OF MANDATE IS:
CCA IS: _____ ON _____          _____ ON _____
JUDGE: _____         JUDGE: _____